Brown et ux., Appellants, *v.* Ubele.

Argued December 15, 1964. *William L. McLaughlin,* for appellants; *J. F. Harvey,* with him

*Richard Reifsnyder,* and *MacElree, Platt, Marrone & Harvey,* for appellees.
Order affirmed.